# MANDRACCHIA LAW, LLC.

ATTORNEYS AT LAW

2024 Cressman Road, Second Floor
P. O. Box 1229
Skippack, PA 19474-1229
telephone: 610.584.0700      fax 610.584.0507

CHARLES D. MANDRACCHIA*
JEFFREY W. SODERBERG

direct email: jsoderberg@mmattorneys.com

*member of Pennsylvania and New Jersey Bar

June 26, 2020

*Via FEDEX*
Clerk's Office
Room 2609, Second Floor
U.S. District Court for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
Attn: Ms. Terry Milano, Operations Manager

**RE:   Francis Smith, et al. v. People's Republic of China, et al., United States District Court for the Eastern District of Pennsylvania, No. 20-1958**

Dear Ms. Milano:

Enclosed are FedEx Envelopes with enclosed documents addressed to each of the Defendants in the above referenced matter. These document packages are for dispatch and service by the clerk of court under 28 U.S.C. Section 1608 (a)(3) on the People's Republic of China (amended summons and amended complaint, notice of suit and translation of these documents into Chinese) and under Section 1608 (b)(3)(B) on the Chinese Communist Party (amended summons and amended complaint, and translation of these documents into Chinese).

If you have any questions or need any additional information please contact me.

Thank you very much for your attention to this matter.

Very truly yours,
MANDRACCHIA LAW, LLC

By: _____
Jeffrey W. Soderberg, Esquire