# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| FRANCIS SMITH; FRANK GIORDANO; DANIEL CHRISTY; REVERED HERBERT H. LUSK, II; VAL FICHERA; KEVIN CHOWNS; GARY JOHNSON; JARED BARCZ; JOSEPH TARANTINO; MICHAEL GAMBONE; MARC A. FRANZONI; CHRIS HRIN; JOSEPH GAMBONE; CHARLES D. MANDRACCHIA, JR. <br> *Plaintiff(s)* <br><br> v. <br><br> CHINESE COMMUNIST PARTY; PEOPLE REPUBLIC OF CHINA <br> *Defendant(s)* | Civil Action No.   20-1958 |

## AMENDED SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Chinese Communist Party
Qinzeng Hall
Zhongnanhai
Xicheng District
Beijing,
People's Republic of China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles Mandracchia
2024 Cressman Road
P.O. Box 1229
Skippack, Pa 19474

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   5/13/20

*[Seal: Kate Barkman, Clerk of Court, U.S. District Court, Eastern District of PA]*

CLERK OF COURT

*s/ Joseph Lavin*

*Signature of Clerk or Deputy Clerk*