ORIGIN ID:PNEA (610) 584-0700
Maria Martin

2024 Cressman Road
Second Floor
Skippack, PA 19474
UNITED STATES, US

SHIP DATE: 26JUN20
ACTWGT: 0.90 LB
CAD: 114479659/INET4220

BILL SENDER
EIN/VAT:

TO Foreign Minister Wang Yi
   Ministry of Foreign Affairs
   Southeast Corner of Chao Yang Gate
   East Second Ring Road
   **BEIJING, 100600**
   CHINA, CN

6105840700          X 610584



(CN)

AWB

**X4 PEKA**

PKG:ENV

TRK# 7708 1410 2087          Form 0430

AM
INTL PRIORITY

REF: Smith
DESC1:Legal Documents
DESC2:
DESC3:
DESC4:
EEI: NO EEI 30.37(a)

These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

COUNTRY MFG: US
CARRIAGE VALUE: 0.00 USD
CUSTOMS VALUE: 1.00 USD

SIGN: Maria Martin
T/C: S 159381153
D/T: S 159381153

The Montreal or Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract on the reverse.

FEDEX AWB COPY - PLEASE PLACE IN POUCH

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.