## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCIS SMITH et al., | : | |
| v. | : | CIVIL ACTION |
| | : | |
| THE COMMUNIST PARTY OF CHINA, ET AL | : | No. 20-1958 |
| | : | |
| Defendant. | : | |

## **ORDER**

**AND NOW**, this 1st day of October 2024, it is **ORDERED** that, on or before March 27, 2025, the parties must provide a status update regarding the continued presence or absence of the reasons why this case is unable to proceed to trial without delay.

    s/ANITA B. BRODY, J.
    ANITA B. BRODY, J.

Copies **VIA ECF**